THE BOARD OF COMMISSIONERS OF SALINE COUNTY v. FRANK GOODNOW.

AT the April Term, 1878, of the district court of Saline county, *Goodnow*, as plaintiff, recovered a judgment against the *Board of Comm'rs of Saline County*, as defendant. The Board brings the case to this court for review.

*John Foster*, for plaintiff in error.
*T. F. Garver*, for defendant in error.

*Per Curiam:* The judgment of the court below in this case will be reversed, and cause remanded for further pro-

ceedings. This decision is made upon the authority of the decisions, just announced, in the cases of *Comm'rs of Saline County v. Geis*, ante, p. 381, and *Comm'rs of Lyon County v. Goddard*, ante, p. 389.